# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Delvin Lamont Shaw, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Case No. 4:15-cv-181 |
| Grand Forks Police Department, Steve | ) | |
| Conley, and Mike Jennings, | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff, Delvin Shaw, is an inmate at the North Dakota State Penitentiary. On December 22, 2015, Shaw initiated a *pro se* civil rights action against the Grand Forks Police Department, Steve Conley, and Mike Jennings. See Docket No. 4. Plaintiff's complaint includes an allegation of an illegal search conducted on his belongings and allegations of false testimony provided by Conley and Jennings. See Docket No. 8.

After screening the complaint as required by 28 U.S.C. § 1915(e)(2), Magistrate Judge Charles S. Miller, Jr. issued a Report and Recommendation on February 8, 2016, in which he recommended Shaw's claims be dismissed without prejudice, unless Shaw files an amended complaint curing deficiencies the report noted. See Docket No. 8. Because Shaw is incarcerated, the time for filing objections to the report was extended until March 8, 2016. No objections were filed.

The Court has carefully reviewed Judge Miller's Report and Recommendation, the relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. The Plaintiff has failed to state any cognizable claims. Accordingly, the Court **ADOPTS** the Report

and Recommendation (Docket No. 8) in its entirety and **ORDERS** the action be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 9th day of March, 2016.

<u>/s/  Daniel L. Hovland</u>
Daniel L. Hovland, District Judge
United States District Court